UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MONTANA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 25-cv-09717-TLT<br><br>ORDER TO SHOW CAUSE: PROOF OF SERVICE<br><br>Due by December 3, 2025 |

This action was filed on November 12, 2025. (Dkt. No. ECF 1.) To date, no proof of service has been filed. The MOTION to Stay filed by Jonathan Montana has a briefing schedule requiring Responses due by 11/26/2025. Replies due by 12/3/2025. ECF 2, 5. However, the Government has not been served with either the Habeas Petition or Motion to Stay under *Rhines v. Weber* and the date to respond has elapsed.

IT IS HEREBY ORDERED that by no later than December 3, 2025. Petitioner shall show cause why the Motion should not be denied for failure to complete service on Defendant or to file a Motion for Administrative Relief. Civil L. R. 5-5, Habeas L.R. 2254 and 28 U.S.C. § 2254.

**IT IS SO ORDERED.**

Dated: November 28, 2025

_____
TRINA L. THOMPSON
United States District Judge