UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MONTANA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 25-cv-09717-TLT<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 2 |

This action was filed on November 12, 2025.  ECF 1.  On November 11, 2025, the Court issued an order to show case as to why the Motion should not be denied for failure to complete service on Defendant or to file a Motion for Administrative Relief. Civil L. R. 5-5, Habeas L.R. 2254 and 28 U.S.C. § 2254.  ECF 11.

Petitioner notified the Court that the Petitioner's failure to timely file proof of service was the result of inadvertence, but that the attorney for the United States of America had subsequently been properly served via certified mail pursuant to Fed. R. Civ. P. 4(i), Civil L.R. 5-5, and Habeas L.R. 2254.  ECF 12.

December 3, 2025, due to the delay in service, Petitioner then sought an extension of time for Respondent's responses to the Petition and related filings from November 26, 2025, to December 10, 2025, and replies (if applicable) from December 3, 2025, to December 17, 2025.  ECF 13.  The Court granted the motion on December 4, 2025.  ECF 14

Petitioner filings at ECF 12 and ECF 13 include a copy of a certificate of service to Respondent, however, Respondents have yet to make an appearance in this case.  The dates for Respondent's response and Petitioner's reply to the Motion to Stay have passed.  *See* ECF 14.

IT IS HEREBY ORDERED that Petitioner that by no later than December 22, 2025,

1  Petitioner shall clarify whether Respondent has been served and, once again, show cause why the
2  Motion should not be denied for failure to complete service on Defendant. Civil L. R. 5-5, Habeas
3  L.R. 2254 and 28 U.S.C. § 2254.
4      IT IS SO ORDERED.
5  Dated: December 18, 2025

TRINA L. THOMPSON
United States District Judge